**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

NASRIN KALANTARIPOUR,

Plaintiff,

Case No. 1:21-cv-00272-JMC

-against-

THE GEORGE WASHINGTON
MEDICAL FACULTY ASSOCIATES,

Defendant.

# MOTION FOR SUMMARY JUDGMENT

Medical Faculty Associates, Inc. ("MFA"), incorrectly sued as "The George Washington Medical Faculty Associates," by counsel and pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), requests summary judgment on all Plaintiff's claims.

MFA terminated Nasrin Kalantaripour's employment due to her poor performance and the discipline she received, including for making a false statement. Ms. Kalantaripour's race, gender and national origin had nothing to do with it. Consistent with these facts, no one at MFA made any derogatory comments to Ms. Kalantaripour about any protected characteristic, and no one mocked or made fun of her accent. Given the nature and extent of her performance issues—noted by at least 5 different people—and the fact that no biased comments were made, Ms. Kalantaripour cannot raise an inference of discrimination, much less demonstrate that MFA's legitimate business reasons were pretextual for intentional race, gender or national origin discrimination.

Similarly, with respect to her retaliation claim, the undisputed evidence shows that Pamela McClain, then MFA's Chief Operating Officer, and Adrien Saks, the Practice Group Administrator, made the decision to fire Ms. Kalantaripour, and they were unware of any alleged complaint of discrimination at the time they made the decision. Further, Ms. Kalantaripour

cannot show that MFA's legitimate reasons for firing her were pretextual, and that "but for" any alleged complaint, she would not have been fired.

Summary judgment should be granted in favor of MFA.

The grounds for this motion are fully set forth in the accompanying memorandum of points and authorities.

Dated: January 21, 2022

Respectfully submitted,

/s/ *Raymond C. Baldwin*

Raymond C. Baldwin (Bar No. 461514)
Samantha L. Brooks (Bar No. 1033641)
SEYFARTH SHAW LLP
975 F Street N.W.
Washington, DC 20004
(202) 463-2400
rbaldwin@seyfarth.com
sbrooks@seyfarth.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2022, a copy of the foregoing Motion for Summary Judgment was filed and served via CM/ECF on:

David A. Branch
Michael Ludwig
Law Offices of David A Branch & Associates, PLLC
1828 L Street, NW, Suite 820
Washington, DC 20036
(202) 785-2805

*Counsel for Plaintiffs*

*/s/ Raymond C. Baldwin*
Raymond C. Baldwin