UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASRIN KALANTARIPOUR,

          Plaintiff,

v.

GEORGE WASHINGTON MEDICAL FACULTY ASSOCIATES,

          Defendant.

Case No. 21-cv-272 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 14, is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                                                                         _____

                                                                                                         JIA M. COBB
                                                                                                         United States District Judge

Date: February 9, 2026